**FILED**
**DECEMBER 3, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6780**

In the Matter of

United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees v. Stratford Nursing & Convalescent Center

Case Number:

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees

| | |
|---|---|
| NAME (Type or print) Jeffrey S. Endick, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jeffrey Endick | |
| FIRM Slevin & Hart, P.C. | |
| STREET ADDRESS 1625 Massachusetts Avenue, NW, Suite 450 | |
| CITY/STATE/ZIP Washington, DC 20036 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 4133661 | TELEPHONE NUMBER (202) 797-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |