AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 6780**

SUMMONS IN A CIVIL CASE

United Food and Commercial Workers
International Union-Industry Pension Fund and
its Trustees

V.

Stratford Nursing & Convalescent Center

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Stratford Nursing & Convalescent Center
c/o Louis Neiman
18 W. Laurel Road
Stratford, NJ 08084

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Endick, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW, Ste.450
Washington, DC 20036

Sherrie E. Voyles, Esq.
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Ste. 1720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

[signature]

--------------------------
(By) DEPUTY CLERK

**December 3, 2007**
--------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  12-11-2007  2:30 PM |
| NAME OF SERVER (PRINT)  STEPHEN P. LEONE | TITLE  NJ Private Pectitnr 7137 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 18 W. Laurel Rd  
Stratford, NJ 08084

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Ruth Ann Kozlek Administrator

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-11-2007  
Date                Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

State of Illinois                County of Northern                                Court

Case Number: 07 C 6780

Plaintiff:
**United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees**
vs.
Defendant:
**Stratford Nursing & Convalescent Center**

For:
    Law Offices Jacobs, Burns, Orlove,

Received by Front Range Legal Process Service, Inc. to be served on STRATFORD NURSING & CONVALESCENT CENTER, c/o Louis Neiman, 18 W. Laurel Rd., Stratford, NJ 08084. I, STEPHEN P. LEONIST _____, being duly sworn, depose and say that on the _11_ day of _Dec_, 20_07_ at _2:30_ pm., executed service by delivering a true copy of the Summons; Complaint in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving _Ruth Ann Kozlek_ as _Administrator_.

( ) DESCRIPTION ) Age _55-65_ Sex _F_ Race _W_ Height _5'0"_ Weight _110_ Hair _Gray_ Glasses _yes_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _11th_ day of _December_, _2007_ by the affiant who is personally known to me.

_(signature)_
NOTARY PUBLIC

MARGARET MULLANE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires October 14, 2009

PROCESS SERVER # ____
Appointed in accordance
  with State Statutes

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO  80525
(888) 387-3783

Our Job Serial Number: 2007008949

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i