## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

United Food and Commercial Workers International
Union−Industry Pension Fund, et al.

                                  Plaintiff,

v.
                                  Case No.:
                                  1:07−cv−06780

                                  Honorable Ronald A. Guzman

Stratford Nursing & Convalescent Center

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Case called for status hearing on 2/1/2008.Status hearing reset for 2/15/2008 at 9:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.