UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., | ) ) ) ) |
| | ) Civil Action No. |
| Plaintiffs, | ) 1:07-cv-06780 |
| | ) |
| v. | ) Judge Guzman |
| | ) |
| STRATFORD NURSING & CONVALESCENT CENTER | ) ) ) |
| Defendant. | ) ) |

To:   Stratford Nursing & Convalescent Center
       c/o Louis Neiman
       18 w. Laurel Road
       Stratford, NJ 08084

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Thursday, February 21, 2008, at 9:30 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge Guzman in Room 1219, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the attached Plaintiff's Motion for Final Judgment by Default, and supporting documents, copies of which are attached and served upon you.

                                          s/Sherrie E. Voyles
                                          Sherrie E. Voyles


JACOBS, BURNS, ORLOVE,
  STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

## **CERTIFICATE OF MAILING**

    I, Sherrie E. Voyles, an attorney, certify that I served a copy of the above described documents upon the above named individual at his address, first class mail, postage prepaid on this 14th day of February, 2008, before the hour 4:00 p.m.

                                s/Sherrie E. Voyles
                                Sherrie E. Voyles