UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

United Food and Commercial Workers International
Union−Industry Pension Fund, et al.

        Plaintiff,

v.

        Case No.: 1:07−cv−06780

        Honorable Ronald A. Guzman

Stratford Nursing & Convalescent Center

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Notice of motion set for 2/21/08 regarding motion by Plaintiffs David Blitzstein, Roger Robinson, Kenneth R. Boyd, Brian A Petronella, Walter B Blake, Richard A Manka, Robert J Flacke, Stephen T. Brown, Richard D Cox, Anthony M Perrone, William T McDonough for default judgment is stricken.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.