**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**STRATFORD NURSING & CONVALESCENT CENTER** )<br>)<br>**Defendant.** )<br>) | **Civil Action No.**<br><br>**1:07-cv-06780**<br><br>**Judge Guzman** |

To:  Stratford Nursing & Convalescent Center
  c/o Louis Neiman
  18 w. Laurel Road
  Stratford, NJ 08084

**RE-NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Tuesday, March 11, 2008, at 9:30 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge Guzman in Room 1219, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the attached Plaintiff's Motion for Final Judgment by Default, and supporting documents, copies of which are attached and served upon you.

                                                  <u>s/Sherrie E. Voyles</u>
                                                  Sherrie E. Voyles

JACOBS, BURNS, ORLOVE,
  STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

## **CERTIFICATE OF MAILING**

    I, Sherrie E. Voyles, an attorney, certify that I served a copy of the above described documents upon the above named individual at his address, first class mail, postage prepaid on this 4th day of March, 2008, before the hour 4:00 p.m.

                                                            s/Sherrie E. Voyles
                                                            Sherrie E. Voyles