**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United Food and Commercial Workers International
Union−Industry Pension Fund, et al.

                                                      Plaintiff,

v.                                                    Case No.:
                                                    1:07−cv−06780
                                                    Honorable Ronald A. Guzman

Stratford Nursing & Convalescent Center

                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 3/11/2008 regarding motion for default judgment[11]. Status hearing held on 3/11/2008. Motion by Plaintiffs for default judgment [11] is granted as stated in open court. Proposed judgment will be redrafted and submitted to chambers.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.