# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6780 | DATE | 3/21/2008 |
| CASE TITLE | UNITED FOOD AND COMMERCIAL WORKERS vs. STRATFORD NURSING & CONVALESCENT CENTER | | |

**DOCKET ENTRY TEXT**

Enter order and final judgment by default as to defendant Stratford Nursing & Convalescent Center. Any pending motions or schedules are stricken. This case is terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|