## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**STRATFORD NURSING &** )<br>**CONVALESCENT CENTER** )<br>)<br>**Defendant.** )<br>) | **Civil Action No.**<br>**1:07-cv-06780**<br><br>**Judge Guzman** |

### ORDER AND FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion for Final Judgment by Default, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and of the supporting affidavits, and following due notice to Defendant, it is hereby:

ORDERED that the motion is granted and that final judgment be entered in favor of United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees, Anthony M. Perrone, William T. McDonough, David S. Blitzstein, Brian A. Petronella, Roger Robinson, Kenneth R. Boyd, Walter B. Blake, William M. Vaughn, III, Stephen T. Brown, Robert J. Flacke, Richard A. Manka, and Richard D. Cox (collectively, the "Fund") in the minimum amount of $942.14, representing $776.50 in attorneys' fees and costs incurred by Plaintiffs from November 6, 2007 through January 14, 2008 and $165.64 in late fees on paid contributions.

As Plaintiffs have relied on the self-reported information provided by Defendant or by third parties to determine the delinquency for the months of July 2007 through October 2007, this judgment does not bar Plaintiffs from seeking to recover any additional unpaid principal

which they may discover pursuant to an audit for these months, along with the statutory relief

and penalties as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

3/21/08

Judge Ronald A. Guzman